# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07CV368-C

| | |
|---|---|
| JOSEPH E. PIERSON,<br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Enlargement of Time in Which to File for Summary Judgment..." (document #9). For the reasons stated therein, the Plaintiff's Motion shall be <u>granted</u>.

**NOW, THEREFORE, IT IS ORDERED:**

1. The Plaintiff shall file his dispositive motion and accompanying memorandum on or before February 8, 2008.

2. The Defendant shall file his dispositive motion and accompanying memorandum on or before April 8, 2008.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: January 8, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge