# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Joseph E. Pierson,

    Plaintiff(s),                                      JUDGMENT IN A CIVIL CASE

vs.                                                        3:07cv368

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/3/2008 Order.

Signed: October 3, 2008

Frank G. Johns, Clerk
United States District Court